SHORES, Justice.
The plaintiffs petition for the writ of mandamus is denied. Regarding the responsive pleading issue, see Rule 12(a), A.R.Civ.P., and Ex parte United States Gypsum Co., 533 So.2d 557, 559 (Ala.1988). Regarding the issue of recusal, see Ex parte Hunt, 642 So.2d 1060 (Ala.1994); Ex parte Melof, 553 So.2d 554, 557 (Ala.1989); Ex parte Balogun, 516 So.2d 606, 609 (Ala.1987); Matter of Sheffield, 465 So.2d 350, 357 (Ala.1984).
WRIT DENIED.
HORNSBY, C.J., and MADDOX, STEAGALL and INGRAM, JJ., concur.